# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)

CASE NAME __SLOAN, JEFFREY D__  CASE NO __17-41663__

FOR:
- ___ DEBTOR
- ___ JOINT DEBTOR
- _X_ CREDITOR
- ___ ATTORNEY ( Please include Bar ID Number _____ )
- ___ PLAINTIFF
- ___ DEFENDANT

OLD ADDRESS:

NAME: PUGET SOUND COLLECTIONS

ADDRESS: PO BOX 66995

TACOMA, WA 98464-6995

PHONE: 253-566-1800

EMAIL ADDRESS (attorney only): _____

NEW ADDRESS:

NAME: PUGET SOUND COLLECTIONS

ADDRESS: PO BOX 3011

TACOMA, WA 98401-3011

PHONE: 253-566-1800

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

\s\ Jack M. Gingrich     Date 08-15-2018

Change of Address
Local Forms W.D. Wash. Bankr., Form 7
Eff. 12/1/16